PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Charles Berzins                                              Docket No. 06-142

### Petition for Action on Conditions of Pretrial Release

COMES NOW Heather Maloney PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Charles Berzins**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on February 11, 2003, under the following conditions:

1. $50,000 Unsecured Appearance Bond
2. Pretrial Services Supervision
3. Travel restricted to New Jersey and Illinois
4. Surrender of travel documents/Not apply for any additional travel documents
5. No contact with children outside the presence of an adult
6. Computer/Internet restricted for work purposes only with the approval of Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:

**See attached memorandum dated May 30, 2006**

PRAYING THAT THE COURT WILL ORDER:

**The defendant shall participate in mental health treatment as directed by Pretrial Services**

ORDER OF COURT

Considered and ordered this 1st day of June, 2006 and ordered filed and made a part of the records in the above case.

Joseph A. Greenaway, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-30-06

Heather Maloney
U.S. Pretrial Services Officer